

Jacqueline J. Head, Psy.D., P.C.

LICENSED CLINICAL PSYCHOLOGIST

**SMOCKVILLE COUNSELING CENTER**

22344 SW Main St.
Sherwood, OR 97140-9416
Office: (503) 625-2768
Fax: (503) 625-3768

August 7, 2019

Judge Robert Gettleman
United States District Court
Northern District of Illinois
327 S. Church St.
Rockford, IL 61101

RE: Megan Muter
DOB: 11/20/1976

FILED
AUG 12 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Gettleman:

I have seen Ms. Megan Muter for six sessions of therapy. We have been using Cognitive Behavioral Therapy (CBT) techniques to explore the reasons for Ms. Muter's embezzlement of funds from her former employer, to address the issues of character and decision-making and to explore the possibility of recidivism.

Ms. Muter regrets her behavior deeply. Her life in Illinois was more expensive than she could afford and she addressed that by moving to Oregon where her cost of living is more manageable. She also has family support here.

It is highly unlikely that Ms. Muter will become a repeat offender. Her previous behavior was very much out of character for her and the consequences have made her think seriously about her crime.
I recommend that Ms. Muter continue in therapy for another six months to solidify the gains she has made.

Sincerely,

Jacqueline J. Head, Psy.D.

Licensed Psychologist

Snoebelle
22344 SW Main St
Shorwood, OR 97140

PORTLAND OR 972
07 AUG 2019 PM 4 L

Judge Robert Kettleman
United States District Court
Northern Dist of Illinois
327 S. Church St
Rockford, IL 61101

61101-127899